IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In Re: | Case No. 07-13684-NLJ |
|---|---|
| DAILEY, HOBERT ARNOLD<br>DAILEY, LYNN FRYE | Chapter 7 |
| Debtors. | |

**PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010**

    ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00.  Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000009 | Oklahoma Natural Gas<br>P.O. Box 871<br>Tulsa, OK 74105-0871 | $0.51 |
| 000010 | OG&E Electric Services<br>P O Box 321<br>Oklahoma City OK 73101-0321 | 0.82 |
| 000013 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 0.52 |
| 000015 | S&S Farm Center<br>302 S. Beard<br>Shawnee OK 74801 | 1.03 |
| 000017 | Vincent's Carpets and Interiors<br>117 E Main St<br>Shawnee OK 74801 | 1.80 |

**TOTAL**      **$4.68**

DATED: August 23, 2011       /s/ Robert A. Brown_____
    ROBERT A. BROWN, Trustee
    123 WEST 7TH AVENUE, SUITE 102
    STILLWATER, OK  74074
    405.377.8185
    bob@bobbrownattorney.com

**BANK OF AMERICA N.A.**
32-1/1110 TX
0

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

CHECK NUMBER: 3014

| DATE | AMOUNT |
|---|---|
| 08/23/11 | ***********4.68 |

**2599552**
PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-13684 | NLJ | Debtor: DAILEY, HOBERT ARNOLD |
| | | Joint Debtor: DAILEY, LYNN FRYE |

GRANT E PRICE
CLERK OF THE COURT
U S BANKRUPTCY COURT
215 DEAN A MCGEE AVE
OKLAHOMA CITY OK 73102

*Four Dollars And 68/100*

*Robert* [signature]

RECEIVER TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003014⑈ ⑆111000012⑆ ▮▮▮▮4704⑈

---

| Date: 08/23/11 | Check Number: 3014 | Amount: 4.68 |
|---|---|---|
| Case Number: 07-13684  NLJ | | |
| Debtor Name: DAILEY, HOBERT ARNOLD | | |
| SSN: ▮▮▮-▮▮-5569 | | |

| Paid To: | GRANT E PRICE<br>CLERK OF THE COURT<br>U S BANKRUPTCY COURT<br>215 DEAN A MCGEE AVE<br>OKLAHOMA CITY OK 73102 | Trustee: | ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 |
|---|---|---|---|

Description: REMITTED TO COURT

Bank Account Number: ▮▮▮▮4704